IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH O'REILLY *et al.*, *Plaintiffs* | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, *Defendant* | : | No. 21-313 |

## ORDER

AND NOW, this 6th day of December, 2022, upon consideration of the parties' stipulation of dismissal (Doc. No. 36), it is hereby **ORDERED** that the stipulation (Doc. No. 36) is **APPROVED.** This action is **DISMISSED** with prejudice, with each party to bear its own costs.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE